Samuel Morris, Appellant, *v.* Morton Coal Co., Inc., Respondent.

Argued June 15, 1943; decided July 20, 1943.

*Jay Leo Rothschild* for appellant.

*Samuel B. Stewart, Jr.,* and *George G. Tennant, Jr.,* for respondent.

*Per Curiam.* We think this controversy is one that can be justly determined only through a trial. The judgments should be reversed and the motion denied, with costs in the Appellate Division and in this court.

LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ., concur.

Judgments reversed, etc.